# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER GIRTH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-cv-027-TLW |
| PAOLA VANESSA ALMANZA, | ) ) ) |
| Defendant. | ) ) |

## OPINION GRANTING MOTION TO REMAND

Before the Court is plaintiff Jennifer Girth's Motion to Remand. (Dkt. 8). Defendant Paola Almanza joins in the motion. (Dkt. 15). In her motion, plaintiff argues that removal was improper because defendant is a resident of the State of Oklahoma. Defendant does not dispute this fact. Thus, this Court does not have subject matter jurisdiction over the parties' lawsuit and remand is proper. See 28 U.S.C. § 1441(b)(2).

Based on the foregoing, plaintiff's Motion to Remand is GRANTED, and this matter is ordered remanded to Rogers County District Court, State of Oklahoma.

SO ORDERED this 16th day of April, 2017.

T. Lane Wilson
United States Magistrate Judge